IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN WADE MILNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:17-cv-257-GMB |
| | ) | [WO] |
| NANCY A. BERRYHILL, Acting | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

Before the court is Plaintiff Steven Wade Milner's Motion for Attorney Fees. Doc. 17. Provided that this is Plaintiff's only petition for fees, the Commissioner does not oppose Plaintiff's motion. *See* Doc. 19. This is the only petition before the court. Under the Equal Access to Justice Act, attorney's fees are awarded to the prevailing party. *See* 28 U.S.C. § 2412(d); *Astrue v. Ratliff*, 560 U.S. 586, 591–98 (2010). Accordingly, the Motion for Attorney's Fees (Doc. 17) is GRANTED, and Plaintiff Steven Wade Milner is awarded fees in the amount of $2,802.75.

DONE this 29th day of October, 2018.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE